# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

MONIER RAHALL,

Appellant,

v.

INXS VI, LLC, a Florida limited liability company, INXS VII, LLC, a Florida limited liability company, 25th AVENUE LAND TRUST UTD 4/1/21, DANIEL FEINMAN, ESQUIRE, as trustee, HUMPHREY LAND TRUST UTD 4/1/21, DANIEL FEINMAN, ESQUIRE, as trustee, MANHATTEN LAND TRUST UTD 4/1/21, DANIEL FEINMAN, ESQUIRE, as trustee, MULENNAN LAND TRUST UTD 4/1/21, DANIEL FEINMAN, ESQUIRE, as trustee, NEWPORT LAND TRUST UTD 4/1/21, DANIEL FEINMAN, ESQUIRE, as trustee, NOLA LAND TRUST UTD 4/1/21, DANIEL FEINMAN, ESQUIRE, as trustee, TAKOMAH TRAIL LAND TRUST UTD 4/1/21, DANIEL FEINMAN, ESQUIRE, as trustee, TYLER STREET LAND TRUST UTD 4/1/21, DANIEL FEINMAN, ESQUIRE, as trustee, CHISHOLM LAND TRUST UTD 4/1/21, DANIEL FEINMAN, as trustee, GUNSTOCK LAND TRUST UTD 4/1/21, DANIEL FEINMAN, as trustee, LAKE CHRISTINA LAND TRUST UTD 4/1/21, DANIEL FEINMAN, as trustee, WATER OAK LAND TRUST UTD 4/1/21, DANIEL FEINMAN, as trustee, WET ROCK LAND TRUST UTD 4/1/21, DANIEL FEINMAN, as trustee, 56TH AVENUE LAND TRUST UTD 4/1/21, DANIEL FEINMAN, as trustee, FORTY EIGHTH LAND TRUST UTD 4/1/21, DANIEL FEINMAN, ESQUIRE, as trustee, RAJAX LAND TRUST UTD 4/1/21, DANIEL FEINMAN, ESQUIRE, as trustee, NINETH STREET LAND TRUST UTD 4/1/21, DANIEL FEINMAN, ESQUIRE, as trustee, and APPIAN LAND TRUST UTD 4/1/21, DANIEL FEINMAN, ESQUIRE, as trustee,

Appellees.

No. 2D23-103

_____

April 12, 2024

Appeal from the Circuit Court for Hillsborough County; Caroline Tesche Arkin, Judge.

Jawdett I. Rubaii of Jawdett I. Rubaii, P.A., Tampa, for Appellant.

Tracy S. Carlin, Steven L. Brannock, Ceci Culpepper Berman and Joseph T. Eagleton of Brannock Berman & Seider, Tampa; Jeffrey P Lieser and Bo Sellitti of Lieser Skaff and Alexander, Tampa, for Appellees.

PER CURIAM.

Affirmed.

SLEET, C.J., and LUCAS, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.